UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL AMILCAR GOMEZ CABRERA, | Case No.: 26-cv-2330-BTM-DEB |
| Petitioner, | |
| v. | |
| JEREMY CASEY, Warden, | **ORDER GRANTING JOINT MOTION** |
| Respondent. | |

Pending before the Court is the parties' joint motion to re-set and extend the briefing schedule in this matter.  For good cause shown, the joint motion is granted.  Petitioner shall file an amended habeas petition on or before April 30, 2026; Respondent shall file a return on or before May 7, 2026; and Petitioner may file a traverse on or before May 14, 2026.

Respondent is ordered to not remove Petitioner from the Southern District of California until the petition is decided.

**IT IS SO ORDERED.**

Dated:  April 29, 2026

Honorable Barry Ted Moskowitz
United States District Judge

1
ORDER

26-cv-2330-BTM-DEB